**RCA Service Company, Plaintiff Below, and Heller Construction Company, Counter-Plaintiff, Appellee, v. A B Fireproofing Company, Counter-Defendant, Appellant, and Jack Galter, et al., Defendants Below.**

Gen. No. 51,567. 

First District, First Division.

May 22, 1967.

 Hauseman & Hoolehan, of Chicago (John J. Bresingham, of counsel), for appellant; Levin & Upton, of Chicago (Samuel Levin, Roland C. Upton and William T. Cormack, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.